**Carlos Danilo Urias CRUZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72876.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Carolyn E. Reinholdt, Esq., San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA; M. Jocelyn Lopez Wright, Esq., Larry P. Cote, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

### MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner does not

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

dispute that he failed to file a motion to reconsider within 30 days after the Board of Immigration Appeals's dismissal of his appeal. *See* 8 C.F.R. § 1003.2(b)(2); *Martinez–Serrano v. INS*, 94 F.3d 1256, 1258 (9th Cir.1996). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**